DOCKET No. **16CR18**          DEFENDANT: **ANGELO CARZOGIO**

AUSA **SAGAR RAVI**          DEF.'S COUNSEL **VINCENT SOUTHERLAND**
          ☐ RETAINED          ☐ FEDERAL DEFENDERS          ☐ CJA

☐ _____ INTERPRETER NEEDED          ☐ DEFENDANT WAIVES PRE-TRIAL REPORT **SM**

☐ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.          DATE OF ARREST _____   ☐ VOL. SURR.
☒ Other: **ARRAIGNMENT**                                          TIME OF ARREST _____   ☐ ON WRIT
                                                                   TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE          ☐ DETENTION: RISK OF FLIGHT/DANGER          ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION          ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION          ☐ HOME DETENTION          ☐ CURFEW          ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY                    ☒ CONFERENCE BEFORE D.J. ON **1/28/16**
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL **1/28/16**
                                                        (Δ consents)
FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED                ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED                ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____          ☐ ON DEFENDANT'S CONSENT

DATE: **1/15/16**                           **James C. Francis IV**
                                            UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.